# Court of Appeals
# of the State of Georgia

ATLANTA,　August 18, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1707. MASTROM v. THE STATE.**

Appellant Matthew Mastrom moves pro se to supplement the appellate record in this case, asserting that numerous documents were improperly omitted from the record that the trial court transmitted to this court. He states in his motion that he has also filed with the trial court a motion to complete or supplement the record under OCGA § 5-6-41 (f), and we have confirmed with the Clerk of the Superior Court of Bartow County that such a motion is pending before that court. Having reviewed the motion that Mastrom filed with this court, we believe that the trial court is in the better position to determine the scope of the record that was before that court when it made the ruling at issue in this appeal.

Accordingly, we hereby ORDER that this case be remanded to the trial court for that court to rule on Mastrom's pending motion to complete or supplement the record. Once the trial court has ruled on that motion and established the scope of the record, the Clerk of the Superior Court of Bartow County shall, within thirty days, transmit the full record to this court for re-docketing in this court.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   08/18/2022*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*